# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:22-cv-00061-RJC-DCK

| | |
|---|---|
| MY'KA EL, | ) |
|                Plaintiff, | ) |
| vs. | )    **O R D E R** |
| KAMALA HARRIS, et al., | ) |
|                Defendants. | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

On March 22, 2022 the Court entered an Order dismissing this action as frivolous and directing the Plaintiff to show cause why a pre-filing review system should not be imposed within fourteen (14) days of that Order. [Doc. 3]. Plaintiff has not responded to the Court's Show Cause Order. For this reason, and for all of the reasons set forth in the Court's prior Order [Doc. 3], the Court will direct that all documents submitted by the Plaintiff in the future will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation. Such a review system "will allow Plaintiff to have access to the Courts for his legitimate concerns, but will prevent him from usurping the Court's resources with his baseless submissions." Vandyke v. Francis, No. 1:12-CV-128-RJC, 2012 WL 2576747, at *3 (W.D.N.C. July 3, 2012).

**IT IS, THEREFORE, ORDERED** that a pre-filing review system is hereby imposed, and all documents submitted by the Plaintiff in the future, whether in this case or in any other action filed in this District, will be pre-screened by the Court for content. Any proposed filings that are

not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation.

**IT IS SO ORDERED.**

Signed: April 18, 2022

Robert J. Conrad, Jr.
United States District Judge